SHAWN HALBERT
Attorney at Law, California Bar No. 179023
214 Duboce Avenue
San Francisco, CA 94103
Telephone:   415.703.0993
shawn@shawnhalbertlaw.com

Counsel for Defendant Randall Curtis



IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RANDALL STEVEN CURTIS,<br><br>Defendant. | Case No. CR 16-510 SI<br><br>[PROPOSED] ORDER |

For the reasons stated in open court on January 13, 2017, and pursuant to the conditions contained in the bail bond executed at that same court appearance, IT IS HEREBY ORDERED that Randall Steven Curtis shall be released from the Glenn Dyer Detention Facility in Oakland, California, on Tuesday, January 17, 2017 at 9:00 a.m.   Defendant is to report to Pretrial Services in San Jose, forthwith.

IT IS HEREBY ORDERED.

Dated: 1-13-17

_____
HONORABLE MARIA-ELENA JAMES

1