|  |  |  |
|---|---|---|
| DOCUMENTS UNDER SEAL ☐ | Clear Form | TOTAL TIME (mins): 4 mins. |//

| MAGISTRATE JUDGE MINUTE ORDER | DEPUTY CLERK<br>Rose Maher | REPORTER/FTR<br>FTR: 10:12-10:16 |
|---|---|---|
| MAGISTRATE JUDGE<br>Maria-Elena James | DATE<br>1/26/2017 | NEW CASE ☐    CASE NUMBER<br>3:16-cr-00510 SI |

### APPEARANCES

| DEFENDANT<br>Randall Steven Curtis | AGE<br>61 | CUST<br>N | P/NP<br>P | ATTORNEY FOR DEFENDANT<br>Shawn Halbert | PD. ☐ RET. ☒<br>APPT. ☐ |
|---|---|---|---|---|---|
| U.S. ATTORNEY<br>Shailika Kotiya | | INTERPRETER<br>None Needed | | FIN. AFFT SUBMITTED ☐ | COUNSEL APPT'D ☐ |
| PROBATION OFFICER | PRETRIAL SERVICES OFFICER<br>Rich Sarlatte | | | DEF ELIGIBLE FOR APPT'D COUNSEL ☐ | PARTIAL PAYMENT OF CJA FEES ☐ |

### PROCEEDINGS SCHEDULED TO OCCUR

| | | | | |
|---|---|---|---|---|
| ☐ INITIAL APPEAR | ☐ PRELIM HRG | ☐ MOTION | ☐ JUGM'T & SENTG | ☐ STATUS<br>☐ STATUS TRIAL SET |
| ☐ I.D. COUNSEL | ☐ ARRAIGNMENT | ☒ BOND HEARING<br>held-amending | ☐ IA REV PROB. or or S/R | ☐ OTHER |
| ☐ DETENTION HRG | ☐ ID / REMOV HRG | ☐ CHANGE PLEA | ☐ PROB. REVOC. | ☐ ATTY APPT HEARING |

### INITIAL APPEARANCE

☐ ADVISED OF RIGHTS    ☐ ADVISED OF CHARGES    ☐ NAME AS CHARGED IS TRUE NAME    ☐ TRUE NAME:

### ARRAIGNMENT

☐ ARRAIGNED ON INFORMATION    ☐ ARRAIGNED ON INDICTMENT    ☐ READING WAIVED SUBSTANCE    ☐ WAIVER OF INDICTMENT FILED

### RELEASE

| ☐ RELEASED ON O/R | ☐ ISSUED APPEARANCE BOND | AMT OF SECURITY<br>$ | SPECIAL NOTES | ☐ PASSPORT SURRENDERED DATE: |
|---|---|---|---|---|

PROPERTY TO BE POSTED    CORPORATE SECURITY ☐    REAL PROPERTY: ☐<br>☐ CASH $

| ☐ MOTION FOR DETENTION | ☐ PRETRIAL SERVICES REPORT | ☐ DETAINED | ☐ RELEASED | ☐ DETENTION HEARING AND FORMAL FINDINGS WAIVED | ☐ REMANDED TO CUSTODY |
|---|---|---|---|---|---|

ORDER REMOVED TO THE DISTRICT OF

### PLEA

| ☐ CONSENT ENTERED | ☐ NOT GUILTY | ☐ GUILTY | GUILTY TO COUNTS: ☐ |
|---|---|---|---|
| ☐ PRESENTENCE REPORT ORDERED | ☐ CHANGE OF PLEA | ☐ PLEA AGREEMENT FILED | OTHER: |

### CONTINUANCE

| TO:<br>2/2/2017 | ☐ ATTY APPT HEARING | ☐ BOND HEARING | ☐ STATUS RE: CONSENT | ☐ TRIAL SET |
|---|---|---|---|---|
| AT:<br>10:00 am | ☐ SUBMIT FINAN. AFFIDAVIT | ☐ PRELIMINARY HEARING | ☐ CHANGE OF PLEA | ☒ STATUS<br>further |
| BEFORE HON.<br>Maria-Elena James | ☐ DETENTION HEARING | ☐ ARRAIGNMENT | ☐ MOTIONS | ☐ JUDGMENT & SENTENCING |
| ☐ TIME WAIVED | ☐ TIME EXCLUDABLE UNDER 18 § USC 3161 | ☐ IDENTITY / REMOVAL HEARING | ☐ PRETRIAL CONFERENCE | ☐ PROB/SUP REV. HEARING |

### ADDITIONAL PROCEEDINGS

Parties appeared before the Court to modify the conditions of release and appearance re 2/13/17 Order and Bond. Bond to remain $1M; $800,000 sec. by property; $200,000 unsec.; property posting to be completed by 2/2/2017. Court vacated the status hrg. before Judge Kim on 1/27/2017; Status Hrg. before Judge James set for 2/2/2017 at 10:00 a.m.

DOCUMENT NUMBER: