DUPLICATE

Court Name: U.S. District Court, NDCA
Division: 3
Receipt Number: 34611121886
Cashier ID: voltzs
Transaction Date: 02/01/2017
Payer Name: randall steven curtis
------------------------------------
COMMERCIAL REGISTRY OTHER
 For: randall curtis
 Case/Party: D-CAN-3-16-CR-000510-001
 Amount:        $0.00
------------------------------------
NON-CASH COLLATERAL
 Amt Tendered: $0.00
------------------------------------
Total Due:     $0.00
Total Tendered: $0.00
Change Amt:    $0.00

deed of trust
23570703
si

Checks and drafts are accepted
subject to collections and full
credit will only be given when the
check or draft has been accepted by
the financial institution on which
it  was drawn.