SHAWN HALBERT
California SBN 179023
Law Offices of Shawn Halbert
214 Duboce Avenue
San Francisco, California 94103
Telephone: (415) 703-0993
Facsimile: (415) 255-8631
shawn@shawnhalbertlaw.com

Attorneys for Defendant
RANDALL CURTIS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR 16-510 SI |
| Plaintiff, | STIPULATION AND PROPOSED ORDER RE CONDITIONS OF RELEASE FOR DEFENDANT RANDALL CURTIS |
| v. | |
| RANDALL CURTIS, | |
| Defendant. | |

This Court released defendant Randall Curtis from custody on January 17, 2017 pursuant to an Order Setting Conditions of Release and Appearance Bond on January 13, 2017, modified by the Order of January 26, 2017. Those conditions of release include that Mr. Curtis shall remain at home with electronic monitoring "except for medical, legal, court appearances, counseling and visits with Pretrial, and purposes approved by Pretrial Services in the custody of his sister – specifically work-related as described in court, and visits to his mother." January 13, 2017 Order. According to Pretrial Services, Mr. Curtis has complied with his conditions of release to date.

Because there was a general discussion of work-related activities and times associated with those activities in open court during the January 13, 2017 hearing, in an abundance of caution, Pretrial Services would prefer to have court approval of certain work-related issues that the defense has raised. Pretrial Services Officer Anthony Granados has no objection to Mr. Curtis engaging in the following limited activities, and the government has no objection in light of Pretrial Services' position:

1. Mr. Curtis is permitted to work on work-related vehicles in his back yard at 2325 Arabian Court, Morgan Hill, CA, for three days per week for up to 6 hours per day without his sister being present;
2. Mr. Curtis may meet his sister at the work sites (other than his back yard) rather than having his sister drive back and forth over the same territory to pick him up (Mr. Curtis is permitted to drive to all other appointments unaccompanied); and
3. Mr. Curtis shall be permitted to remain at work-sites (other than his back yard) for up to 4 hours, exclusive of travel time.

IT IS SO STIPULATED.

Dated: March 9, 2017

BRIAN J. STRETCH
United States Attorney

/s/
SHAILIKA S. KOTIYA
Assistant United States Attorneys

Dated: March 9, 2017

/s/
SHAWN HALBERT
Counsel for Randall Curtis

## ORDER

Accordingly, for good cause shown, the Court HEREBY ORDERS that under the terms of his release, pursuant to the Court's January 13, 2017 and January 26, 2017 Orders:

1. Mr. Curtis is permitted to work on work-related vehicles in his back yard at 2325 Arabian Court, Morgan Hill, CA, for three days per week for up to 6 hours per day without his sister being present;
2. Mr. Curtis may meet his sister at the work sites rather than having his sister drive back and forth to pick him up (Mr. Curtis is permitted to drive to all other appointments unaccompanied); and
3. Mr. Curtis shall be permitted to remain at work-sites (other than his back yard) for up to 4 hours, exclusive of travel time.

IT IS SO ORDERED.

DATED: _____

_____
HON. MARIA-ELENA JAMES
United States Magistrate Judge