UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

# CRIMINAL MINUTES

**Date:** 5/19/17   **Time:** 2 minutes   **Judge:** SUSAN ILLSTON

**Case No.:** 16-cr-00510-SI-1   **Case Name:** U.S. v. RANDALL STEVEN CURTIS (nc)(p)

Attorney for Govt.: Shailika Kotiya
Attorney for Defendant: Shawn Halbert

| **Deputy Clerk:** Tracy Kasamoto | **Court Reporter:** Rhonda Aquilina |
|---|---|
| **Interpreter:** n/a | **Probation Officer:** n/a |

## PROCEEDINGS

1) Status - HELD

Order to be prepared by: ( )Pltf   ( )Deft   ( )Court

Disposition : ( ) GRANTED, ( ) DENIED, ( ) GRANTED/DENIED IN PART
( ) SUBMITTED

Case continued to **6/16/17 @ 11:00 a.m.** for Change of Plea

Case continued to **@ 11:00 a.m.** for Motions
(Motion due: , Opposition: , Reply: )

Case continued to **@ 3:00/3:30 p.m.** for Pretrial Conference

Case continued to **@ 8:30 a.m.** for Trial (Jury**:** Days)

Category of Excludable Delay: **Effective Preparation**
Delay ends:   ( 6/16/17   )

## SUMMARY

Additional time is required to review discovery and discuss resolution.