SHAWN HALBERT
California SBN 179023
Law Offices of Shawn Halbert
214 Duboce Avenue
San Francisco, California 94103
Telephone: (415) 703-0993
Facsimile: (415) 255-8631
shawn@shawnhalbertlaw.com

Attorneys for Defendant
RANDALL CURTIS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR 16-510 SI |
| Plaintiff, | STIPULATION TO CONTINUE NEXT STATUS DATE FROM JUNE 16, 2017 TO JUNE 30, 2017 AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT FROM JUNE 16, 2017 TO ~~JUNE 30,~~ July 3, 2017 |
| v. | |
| RANDALL CURTIS, | 2017; [~~PROPOSED~~] ORDER |
| Defendant. | |

This matter is set for change of plea or setting on June 16, 2017 at 11:00 a.m. The parties jointly propose that the matter be continued by two weeks to June 30, 2017 at 11:00 a.m. for change of plea or motions and trial setting. The parties are still in the process of diligently negotiating a written plea agreement and would benefit from an additional short amount of time to complete the process. Undersigned defense counsel has also just developed a conflict with the June 16, 2017 court date that will make it difficult to attend that court date, and is also unavailable on June 23, 2017.

The parties agree and jointly request that the time between June 16, 2017 and June 30, 2017 should be excluded in order to provide reasonable time necessary for the effective preparation of counsel pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv). The parties agree that the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial.

IT IS SO STIPULATED.
Dated: June 13, 2017

BRIAN J. STRETCH
United States Attorney

/s/
SHAILIKA S. KOTIYA
Assistant United States Attorney

Dated: June 13, 2017

/s/
SHAWN HALBERT
Counsel for Randall Curtis

## [~~PROPOSED~~] ORDER

Accordingly, for good cause shown, the Court HEREBY ORDERS that the next hearing in this matter, for change of plea or setting, which was previously scheduled for June 16, 2017, at 11:00 a.m., be continued to ~~June 30~~ July 3, 2017, at 11:00 a.m.

For the reasons stated above, the Court finds that the exclusion of time from June 16, 2017 to and including ~~June 30~~ July 3, 2017 is warranted and that the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A). The failure to grant the requested continuance would deny effective preparation of counsel, and would result in a miscarriage of justice. 18 U.S.C. § 3161(h)(7)(B)(iv).

IT IS SO ORDERED.

DATED: 6/14/17

HON. SUSAN ILLSTON
United States District Judge