UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

# CRIMINAL MINUTES

**Date:** 7/13/17     **Time:** 27 minutes     **Judge:** SUSAN ILLSTON

**Case No.**: 16-cr-00510-SI-1     **Case Name:** U.S. v. RANDALL STEVEN CURTIS (nc)(p)

Attorney for Govt.: Shailika Kotiya
Attorney for Defendant: Shawn Halbert

**Deputy Clerk:** Tracy Kasamoto         **Court Reporter:** Leo Mankiewicz
**Interpreter:** n/a                      **Probation Officer:** n/a

## PROCEEDINGS

1)  Change of Plea - HELD

Order to be prepared by:  ( )Pltf    ( )Deft    ( )Court

Disposition :  ( ) GRANTED, ( ) DENIED, ( ) GRANTED/DENIED IN PART
( ) SUBMITTED

Case continued to  **11/3/17 @ 11:00 a.m.**  for  Sentence

Case continued to  **@ 11:00 a.m.**   for Motions
(Motion due: , Opposition: ,  Reply: )

Case continued to  **@ 3:00/3:30 p.m.**   for Pretrial Conference

Case continued to  **@ 8:30 a.m.**  for Trial  (Jury**:**  Days)

Category of Excludable Delay:

## SUMMARY

The parties filed a plea agreement in open court.
The defendant plead guilty to Counts 1 and 2 of the Indictment.
The defendant shall remain on pretrial release on the same terms and conditions as previously ordered.