| | |
|---|---|
| 1 | BRIAN J. STRETCH (CABN 163973)<br>United States Attorney |
| 2 | |
| 3 | BARBARA J. VALLIERE (DCBN 439353)<br>Chief, Criminal Division |
| 4 | JULIE D. GARCIA (CABN 288624)<br>Assistant United States Attorney |
| 5 | |
| 6 | 450 Golden Gate Avenue, Box 36055<br>San Francisco, California 94102-3495 |
| 7 | Telephone: (415) 436-6758<br>FAX: (415) 436-7234 |
| 8 | Julie.Garcia@usdoj.gov |

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. CR 16-00510 SI |
| Plaintiff, | ) | NOTICE OF APPEARANCE |
| v. | ) | |
| RANDALL STEVEN CURTIS, | ) | |
| Defendant. | ) | |

Please take notice that the Assistant United States Attorney whose name, address, telephone number, and email address are listed below appears in this case as counsel for the Government:

> Julie D. Garcia
> Assistant United States Attorney
> 450 Golden Gate Avenue, 11th Floor
> San Francisco, CA 94102
> Telephone: (415) 436-6758
> Facsimile: (415) 436-7234
> Email: Julie.Garcia@usdoj.gov

//

//

NOTICE OF APPEARANCE
CR 16-00510 SI

1

| | | |
|---|---|---|
| 1 | DATED: October 27, 2017 | Respectfully Submitted, |
| 2 | | |
| 3 | | BRIAN J. STRETCH<br>United States Attorney |
| 4 | | |
| 5 | | */s/ Julie D. Garcia*<br>JULIE D. GARCIA |
| 6 | | Assistant United States Attorney |

NOTICE OF APPEARANCE
CR 16-00510 SI

2