BRIAN J. STRETCH (CABN 163973)
United States Attorney

BARBARA J. VALLIERE (DCBN 439353)
Chief, Criminal Division

JULIE D. GARCIA (CABN 288624)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6758
    FAX: (415) 436-7234
    Julie.Garcia@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 3:16-CR-00510 SI |
| Plaintiff, | |
| v. | **STIPULATION AND [PROPOSED] ORDER TO CONTINUE SENTENCING DATE** |
| RANDALL STEVEN CURTIS, | |
| Defendant. | |

    The defendant's sentencing in the above-captioned matter is currently set for December 8, 2017, at 11:00 a.m.  The government recently produced to the defense information relating to two restitution claims and continues to work diligently to obtain victim impact statements and information relating to an additional claim for restitution from a victim who resides in Cambodia.  Because the government needs additional time to gather such materials, and because the parties will need time to review the materials prior to sentencing, the parties agree and jointly request that the sentencing hearing be continued to January 19, 2018, at 11:00 a.m.  Government counsel has spoken with the assigned U.S. Probation Officer, and she is available on January 19, 2017.

    //

STIPULATION AND PROPOSED ORDER TO CONTINUE SENTENCING DATE
CASE NO. 3:16-CR-00510 SI

| | |
|---|---|
| DATED: November 15, 2017 | Respectfully Submitted, |
| | BRIAN J. STRETCH<br>United States Attorney |
| | */s/ Julie D. Garcia*<br>JULIE D. GARCIA<br>Assistant United States Attorney |
| | */s/ Shawn Halbert*<br>SHAWN HALBERT<br>Attorney for Defendant Randall Steven Curtis |

**[PROPOSED] ORDER**

Based on the parties' stipulation, and good cause appearing, the Court hereby ORDERS that the sentencing hearing in the above-captioned matter be continued to January 19, 2018, at 11:00 a.m.

IT IS SO ORDERED.

DATED: _____    _____
HON. SUSAN ILLSTON
Senior United States District Judge

STIPULATION AND PROPOSED ORDER TO CONTINUE SENTENCING DATE
CASE NO. 3:16-CR-00510 SI