UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>RANDALL STEVEN CURTIS,<br><br>    Defendant. | Case No. 16-cr-00510-SI-1<br><br>**ORDER DENYING RENEWED MOTION FOR COMPASSIONATE RELEASE**<br><br>Re: Dkt. Nos. 131, 132 |

On January 15, 2021, the Court issued an order denying Mr. Curtis's initial motion for compassionate release. Dkt. No. 130. In his initial motion, Mr. Curtis argued compassionate release should be granted because (1) he had already contracted Covid-19 once, (2) had a BMI that put him in the "overweight" category, (3) his age, 65 years old, and (4) had yet to make a full recovery from his initial Covid-19 infection. The Court reasoned:

> After carefully reviewing the parties' papers, the Court concludes compassionate release is not warranted. The Court recognizes defendant's medical complaints may lead to exacerbated symptoms should he contract COVID-19 again, and the Court is very concerned about the spread of COVID-19 in the federal prison system, especially the outbreaks at Beaumont Low FCI. However, the Court finds reducing defendant's sentence to home confinement would not satisfy "the need for the sentence imposed ... to reflect the seriousness of the offense, to promote respect for the law, and to provide just punishment for the crime," nor would it "afford adequate deterrence to criminal conduct." 18 U.S.C. § 3553(a)(2)(A)-(C).

Dkt. No. 130 at 3[1]. The Court denied the motion without prejudice to renewal in the event Mr. Curtis's health or prison conditions "significantly deteriorated." Dkt. No. 130 at 4.

On March 29, 2021, Mr. Curtis filed a renewed motion for compassionate release. Dkt. No. 131. Mr. Curtis argues that besides the risks raised in his initial motion, he now faces potential complications of COVID and (1) COPD, (2) hypertension, (3) higher BMI than previously known but still putting him in the "overweight" not "obese" range, and (4) a compromised immune system

---

[1] For ease of reference, page citations refer to the ECF branded number in the upper right corner of the page.

due to prolonged use of a corticosteroids. Dkt. No. 131 at 10. Mr. Curtis's motion emphasizes the conditions discussed above as well as the Bureau of Prisons general failure to provide care especially with respect to Mr. Curtis's shortness of breath and other lingering COVID symptoms. Dkt. No. 131 at 11 ("Some symptoms have worsened, namely fatigue, shortness of breath and burning lungs, and others are new, namely rashes and sputum. Mr. Curtis is unable to walk more than 300 feet without having to gasp for air."). In support of these arguments Mr. Curtis cites medical records from January and February 2021. Dkt. No. 131-1.

The government opposes Mr. Curtis's renewed motion for release arguing he still presents a danger to the community. Dkt. No. 135 at 2. Further, the government argues Mr. Curtis has received timely medical care and notes from more recent medical records indicate his health does not warrant release. Dkt. No. 135 at 4-5. Specifically, Mr. Curtis has received medical treatment this year on January 3, January 25, January 27, February 2, February 22 and March 10. Dkt. No. 131 at 5-7. Further, March 10, 2021 medical records indicate Mr. Curtis was not experiencing any fatigue, shortness of breath, nausea, headaches, or dizziness. Dkt. No. 135-1.

The Court agrees with the government. The Court still has serious concerns regarding the danger Mr. Curtis presents to the community and the fact that he has only served 25-30% of his sentence. In response to these points Mr. Curtis directs the Court to arguments made in briefing on the original motion for compassionate release that the Court found unpersuasive. Further, recent medical records reflect Mr. Curtis "denies any signs and symptoms of COVID-19," has "no shortness of breath, cough or sputum," and seems generally in "good spirits." The Court is unpersuaded that Mr. Curtis's medical conditions warrant early release. Dkt. No. 135-1 at 2-3.

As such, Mr. Curtis's renewed motion for compassionate release is DENIED without prejudice to renewal in the event defendant's health or prison conditions significantly deteriorate.

**IT IS SO ORDERED**.

Dated: May 4, 2021

_____
SUSAN ILLSTON
United States District Judge

2